UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GUERINO CENTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:17-cv-03777-SEB-DML |
| ) | |
| PORTFOLIO MEDIA COMPANY d/b/a ) | |
| LAW360, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Guerino John Cento and Defendant Portfolio Media, Inc. d/b/a Law360 (incorrectly sued as Portfolio Media Company), jointly and by counsel, hereby stipulate to the dismissal with prejudice of the above-captioned cause of action in its entirety, including all claims that were brought or that could have been brought, and with each party to bear its own fees, costs, and expenses. A proposed order confirming this dismissal with prejudice is submitted by the parties contemporaneously herewith.

*/s/ G. John Cento*  
G. John Cento  
CENTO LAW LLC  
The Emelie Building  
334 North Senate Avenue  
Indianapolis, IN 46204  
(317) 908-0678  
E-mail: cento@centolaw.com

*/s/ Alexandra R. French*  
Steven M. Badger  
Alexandra R. French  
BARNES & THORNBURG LLP  
11 South Meridian Street  
Indianapolis, IN 46204  
Telephone: 317-231-7293  
    317-231-7248  
Facsimile:  317-231-7433  
E-mail: steve.badger@btlaw.com  
    alexandra.french@btlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was electronically filed on December 11, 2017, and that all counsel of record were served by operation of this Court's CM/ECF system.

                                                */s/ Alexandra R. French*